AO 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## District of Minnesota

UNITED STATES OF AMERICA

**WARRANT FOR ARREST**

V.

0941 - 0820 - 1829 - 1

CASE NUMBER: **CR 09-241 ADM/JSM**

Eric Wayne Moen

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest:   Eric Wayne Moen

and bring him or her forthwith to the nearest Magistrate Judge to answer an Indictment charging him or her with:

Count 1 - Conspiracy to Commit Wire Fraud, 18:1343 and 1349
Count 2 - Money Laundering, 18:1957
Count 3 - Manufacturing Marijuana, 21:841(a)(1) and 841(b)(1)(B) and 18:2.

Ordered by:   James M. Rosenbaum, United States District Court Judge.

_____    August 20, 2009 at Minneapolis, MN

(By)   Kim Krulas, Deputy Clerk

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

Date Received: _____    Date of Arrest: _____

Name and Title of Arresting Officer    Signature of Arresting Officer

ARRESTED ON  8-20-09
ARRESTED BY  IRS/DEA
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY _____

criminal\warrant.frm

SCANNED
SEP 0 4 2009
DC Modified 5/17/07
U.S. DISTRICT COURT ST. PAUL