```
             UNITED STATES DISTRICT COURT
                DISTRICT OF MINNESOTA
              Criminal No. 09-241 (ADM/JSM)
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
|      Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| ERIC WAYNE MOEN, ) | |
| ) | |
|      Defendant. ) | |

This matter is before the Court on the government's motion to seal. NOW, THEREFORE, IT IS HEREBY ORDERED that the government's motion is granted.

Dated: February 17, 2010

                                        s/Ann D. Montgomery

                                        _____
                                        THE HONORABLE ANN D. MONTGOMERY
                                        United States District Judge
                                        District of Minnesota