# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# SENTENCING

| UNITED STATES OF AMERICA, | ) | **COURT MINUTES - CRIMINAL** | |
|---|---|---|---|
| Plaintiff, | ) | | |
| | ) | Case No: | 09-241 ADM/JSM |
| v. | ) | Date: | February 18, 2010 |
| | ) | Court Reporter: | Tim Willette |
| ERIC WAYNE MOEN, | ) | Time Commenced: | 1:30 p.m. |
| Defendant. | ) | Time Concluded: | 1:50 p.m. |
| | ) | Time in Court: | 20 Minutes |
| | ) | | |

Before Ann D. Montgomery, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:
  For Plaintiff:   David Genrich
  For Defendant:   Eric Newmark

**Sentencing.**

IT IS ORDERED:
Defendant is sentenced to:

| Count. No. | Plea | Verdict | BOP | AG | SR | PROB | HA |
|---|---|---|---|---|---|---|---|
| 1 | X | | 18 months | | 3 years | | |

☒ Special conditions of supervised release:
  **See J&C for special conditions**

☒ Defendant sentenced to pay:
  ☐ Fine in the amount of $.
  ☐ Restitution in the amount of $.
  ☐ Costs of prosecution in the amount of $ to be paid .
  ☒ Special assessment in the amount of $100 to be paid immediately.

☒ Defendant released pending execution of sentence of imprisonment on same terms and conditions as previously released.
☐ Execution of sentence of fine suspended.
☐ On Motion of the Gov't., the indictment in is dismissed as to this defendant only.
☐ Motion for departure is   ☐ granted   ☐ denied.
☐ Defendant remanded to the custody of the U.S. Marshal.

                                                                    s/Gertie Simon
                                                                    Courtroom Deputy